UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| RICHARD H. LIRA, | ) ED CV 07-1292-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded for further proceedings, pursuant to Sentence 4 of U.S.C. § 405(g).

DATED: March 26, 2009

_____/ s /_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE